# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| WIDMER ENGINEERING, INC., | : | No. 136 WAL 2017 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| FIVE-R EXCAVATING, INC. AND THE | : | |
| PENNSYLVANIA NATIONAL MUTUAL | : | |
| CASUALTY INSURANCE COMPANY, | : | |
| INC., | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.